UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

CINDY S. BROWN                                                                                          PLAINTIFF

V.                                                                    CIVIL ACTION NO. 3:08CV651 DPJ-JCS

AFFILIATED COMPUTER SERVICES, INC.
d/b/a ACS GOVERNMENT HEALTH SOLUTIONS                                      DEFENDANT

ORDER

On October 27, 2008, the Court entered an order granting the parties' joint motion to stay proceeding pending arbitration. Because Plaintiff's claims are being submitted to arbitration, the Clerk of the Court is to administratively close this case. Either party may seek, by motion, to reopen this case in the event further action is required by the Court.

**SO ORDERED AND ADJUDGED** this the 30th day of July, 2009.

                                           s/ *Daniel P. Jordan III*
                                           UNITED STATES DISTRICT JUDGE